UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN CRAWFORD,

                        Plaintiff,

   -against-

MONTGOMERY, et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/4/2021

17 CV 8075 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      Plaintiff Steven Crawford, proceeding *pro se*, commenced this matter on October 19, 2017. Plaintiff was released from the custody of the New York State Department of Corrections and Community Supervision on March 5, 2019. Since October of 2019, all of his mail is returned to sender. Plaintiff has failed to provide a new address where he can be contacted during this case despite the Court's orders reminding Plaintiff of his obligation to promptly submit written notification to the Court if his address changes. (ECF Nos.6, 25, 28, 43.)

      On July 7, 2021, the Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before August 6, 2021 why his claims against Defendants should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 53.) Plaintiff has not responded to the Order to Show Cause or communicated with the Court since January of 2019.

Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to terminate this action, mail a copy of this order to *pro se* Plaintiff at the address on ECF, and show service on the docket.

Dated:   October 4, 2021                                             SO ORDERED:
             White Plains, New York

                                                                             NELSON S. ROMÁN
                                                                         United States District Judge